UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| STEPHANIE GOODMAN | § | CIVIL ACTION |
|     Plaintiff | § | |
| | § | |
| VS. | § | NO.  1:17-CV-00359 |
| | § | |
| WALMART STORES TEXAS, L.L.C. | § | |
|     Defendant | § | JURY |

## **STIPULATION OF VOLUNTARY DISMISSAL**

TO THE HONORABLE UNITED STATES SENIOR DISTRICT JUDGE, THAD HEARTFIELD:

COME NOW Plaintiff STEPHANIE GOODMAN, and Defendant, WALMART STORES TEXAS, LLC, and submit their Stipulation of Voluntary Dismissal, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, as follows:

1.      Plaintiff filed this civil action on July 19, 2017.  Defendant thereafter file a timely Notice of Removal and Answer.

2.      Plaintiff has determined not to pursue this action because the parties have resolved the dispute.

As part of this Stipulation of Voluntary Dismissal, the parties agree to the following:

1.      Plaintiff's cause of action may be dismissed with prejudice.

2.      Each party shall be responsible for its own costs and attorneys' fees associated with this litigation.

3.      The Court retains jurisdiction to enforce the parties' settlement.

Respectfully submitted,

/s/ Jonathan Juhan

By: _____

Mr. Jonathan Juhan
SBN: 11047225
jonathanjuhan@sbcglobal.net
Mr. J.J. Bragg
SBN: 00790356
jjbragglaw@att.net
ATTORNEYS AT LAW
985 I-10 North, Suite 100
Beaumont TX 77706
Ph:     409-832-8877
Fx:     409-924-8880
ATTORNEYS FOR PLAINTIFF,
STEPHANIE GOODMAN

/s/ Karen L. Spivey

By: _____

Karen L. Spivey
Federal Id. No.11680
Texas Bar No. 18955100
karen@psallp.com
PATE & SPIVEY, L.L.P.
First City Building
505 Orleans St., Suite 500
Beaumont TX 77701
Ph:     409-838-6578
Fx:     409-838-6922
ATTORNEY FOR DEFENDANT,
WALMART STORES TEXAS, LLC